SO ORDERED: November 09, 2010.



James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF03505N (rev 11/2009)

In Re:

Jennifer Jeanine Weber
SSN: xxx–xx–3375   EIN: NA
Debtor(s)

Case Number:

**10–15854–JKC–7**

### ORDER GRANTING RELIEF FROM DISMISSAL AND
### NOTICE OF REAPPOINTMENT OF TRUSTEE

A motion seeking relief from the prior order dismissing this case was filed on November 5, 2010, by Debtor Jennifer Jeanine Weber.

The Court, having reviewed the motion and being duly advised, finds that the motion should be granted.

IT IS THEREFORE ORDERED that the order dismissing this case is set aside, and the case shall proceed.

NOTICE IS HEREBY GIVEN that the original trustee is reappointed under his/her standing bond. Pursuant to Fed.R.Bankr.P. 2008, unless the trustee notifies the Court and the U.S. Trustee in writing of rejection of the office within seven (7) days after receipt of this notice, the trustee shall be deemed to have accepted the office.

###